July 31, 1981.

435 A.2d 1330

Berman, Appellant, v. B. C. E. Corp., et al.

Argued December 1, 1980. Neil A. Morris, for appellant; Gary A. Rochestie, for B. C. E. Corp., appellee; Paul F. Lantieri, did not file a brief on behalf of Criniti & Sons, appellees; James J. Jandrisitz, did not file a brief on behalf of Philadelphia Authority, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The order of the lower court is hereby affirmed.